UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **Gilberto Rodriguez CHAVERRA**, )<br>)<br>    *Plaintiff-Petitioner,* )<br>)<br>v. )<br>)<br>**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT**, *et al,*, )<br>)<br>    *Defendant-Respondents.* ) | Civil Action No.: 1:18-cv-00289-JEB<br><br>**Plaintiff's Errata to Complaint** |

Plaintiff, through counsel, hereby respectfully submits this Errata notice correcting four formatting and editing errors in the Complaint filed February 8, 2018. The attached, corrected version of the Complaint remedies the following errors:

- Page 4, n.8 **removes** "(Citing Atlanta Field Office ."

- Page 9 ¶ 48 **replaces** "October 3, 201<u>1</u>" **with** "October 3, 201<u>7</u>"

- Page 12 Count One - heading **removes** double-spaced line between "Unlawful Withholding of Agency Records by ICE" and "Responsive to Plaintiff's June 1, 2017 Request for Records Pertaining to Mr. Jimenez"

- Pages 16-17 Count Seven **replaces** paragraph numbering ¶¶ 44-50 **with** ¶¶ 110-116.

Plaintiff requests that the Court and the parties refer to the attached Complaint for clarity and uniformity in reviewing and responding to Plaintiff's allegations.

Date: February 9, 2018

Respectfully submitted,

/s/ R. Andrew Free
**R. ANDREW FREE, No. 30513**
P.O. Box 90568
Nashville, TN 37209
Tel. 844-321-3221
Fax: 615-829-8959
Andrew@immigrantcivilrights.com
*Counsel for the Plaintiff*

1