## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

Gilberto Rodriguez CHAVERRA,

        Plaintiff,

        v.

U.S. IMMIGRATON AND CUSTOMS
ENFORCEMENT, et al.

        Defendants.

Civil Action No. 1:18-CV-289-JEB

### DECLARATION OF CAPT DIEDRE PRESLEY
### IN SUPPORT OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT'S REPLY
### TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S PARTIAL MOTION TO DISMISS

## I.    INTRODUCTION

I, CAPT Diedre Presley, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

    1.    I am the Deputy Assistant Director of Administration for the U.S. Immigration and Customs Enforcement (ICE) Health Service Corps (IHSC).  I have been the Deputy Assistant Director of Administration since December 1, 2016.  Prior to holding this position, I worked as the Chief of the IHSC Personnel Unit (IPU).  In total, I have more than 20 years of experience in the public health care industry.

    2.    My responsibilities include oversight over the following IHSC Units and program areas: IHSC Personnel Unit (IPU), Medical Education and Development Unit (MEDU), Resource Management Unit (RMU), Credentialing and Privileging, Data Analytics, Health Information Management, and Public Health and Law Enforcement Liaison.  In all, I am responsible for providing the tools, resources, and services essential to sustaining the IHSC mission and its health care system.

3.      ICE is the principal investigative arm of the Department of Homeland Security (DHS).  ICE has more than 20,000 law enforcement and support personnel in more than 400 offices in the United States and 46 countries around the world.  ICE's mission is to protect America from the cross-border crime and illegal immigration that threaten national security and public safety. This mission is executed through the enforcement of more than 400 federal statutes and focuses on smart immigration enforcement, preventing terrorism, and combating the illegal movement of people and goods. A critical ICE mandate is the enhancement of public safety and the security of the American public through the enforcement of our immigration laws.

4.      The Office of Enforcement and Removal Operations (ERO), within which IHSC is placed, is one of the two principal operational components in ICE, the other being the Office of Homeland Security Investigations.  ERO oversees programs and conducts operations to identify and apprehend removable aliens, to detain these individuals when necessary, and to remove illegal and removable aliens from the United States.   ERO prioritizes the apprehension, arrest, and removal of convicted criminal aliens, those who pose a threat to national security, fugitives, recent border entrants, and aliens who thwart immigration controls.  ERO manages all logistical aspects of the removal process, including domestic transportation, detention, alternatives to detention programs, bond management, and supervised release.  In addition, ERO repatriates aliens ordered removed from the United States to more than 170 countries around the world.  ERO consists of more than 7,500 employees, located at ICE headquarters and in 24 field offices in the United States and overseas.

5.      Within ERO, IHSC is responsible for providing direct health care to aliens in ICE custody ("detainees").  IHSC is made up of a multi-sector, multidisciplinary workforce of over 1,100 health care personnel that include U.S. Public Health Service (PHS) Commissioned Corps

officers, federal civil servants and contract health professionals.  IHSC is committed to providing health care services to reduce global disease and support the safe apprehension, enforcement, and removal of detained aliens who are in immigration removal proceedings.

6.     IHSC personnel provide direct health care to approximately 13,500 detainees housed at 21 detention facilities throughout the nation.  At these IHSC-staffed detention facilities, IHSC health care providers deliver direct medical, dental, mental health care, and public health services.

7.     Further, IHSC supports approximately 119 detention facilities across the country, which hold approximately 15,000 detainees, where IHSC providers are not on-site ("non-IHSC-staffed facilities") through medical case management and oversight.

8.     IHSC-staffed facilities follow applicable health care standards drawn from the American Correctional Association (ACA), the National Commission on Correctional Health Care (NCCHC), ICE National Performance-Based Detention Standards, and ICE Family Residential Standards to ensure that quality care is provided to detainees.

9.     When ICE detainees require specialty or emergency care which cannot be provided at the detention facility, IHSC personnel review and authorize the proposed course of treatment, and authorize payment for the off-site specialty and emergency care, whether in an IHSC-staffed facility or a non-IHSC staffed facility.

10.     As the Deputy Assistant Director of Administration, my official duties and responsibilities include general management and oversight of IHSC Units and program areas, such as IPU, MEDU, and RMU.  In connection with my official duties and responsibilities, I am familiar with IHSC's procedures for authorizing, processing, and paying medical claims submitted by third-party health service providers.

11.     I make this declaration in support of ICE's reply to Plaintiff's Opposition to Defendant's Partial Motion to Dismiss in the above-captioned action.  The statements contained in this declaration are based upon my personal knowledge, my review of documents kept by IHSC in the ordinary course of business, and information provided to me by other IHSC employees in the course of my official duties.

## II.     HEALTH CARE PROVIDED TO ALIENS IN ICE CUSTODY

12.     ERO is responsible for identifying, apprehending, detaining, and removing aliens, as defined in 8 USC § 1101, who are amenable to removal under the Immigration and Nationality Act (INA).  IHSC personnel provide health evaluations, treatment, and services to detainees held in IHSC-staffed detention facilities and assist ERO in overseeing the health care delivered at other ICE detention facilities staffed with contract medical personnel.

13.     ERO houses detainees in three types of detention facilities operated by or on behalf of ICE: Service Processing Centers (SPC), which are ICE-operated facilities; Contract Detention Facilities (CDF), which are owned and operated by private sector companies with which ICE contracts for detention services; and Intergovernmental Service Agreement (IGSA) facilities, which are operated by a city, county, or state government with which ICE contracts for detention services and/or leases bed space.  IHSC personnel provide medical care to detainees in all SPCs, at most CDFs, and at some IGSA facilities.

## III.     IHSC-STAFFED DETENTION FACILITIES

14.     Aliens held in ICE custody in a facility staffed by IHSC receive medical, dental, and mental health evaluations and treatment depending on the alien's medical condition until such time as the alien is released or removed.

15.     When detainees require health care, services, or equipment beyond the capabilities of the IHSC-staffed facility or the medical staff, the facility may engage the services of external health care providers.  Before ICE sends a detainee to an external health care provider, IHSC personnel document a treatment request in its electronic health record (eHR) system and refer the detainee for treatment to the external health care provider.  Payment to the external provider is authorized before treatment, except in emergency cases when the treatment cannot wait for approval.  This request authorizes payment for the care, services, or equipment requested by the IHSC provider, and contains the detainee's biographic information including name, A-Number, DOB, and gender; details concerning the detainee's condition requiring specialized care or treatment; the diagnosis code for the medical condition; the name of the IHSC personnel requesting the external health care treatment; the name, address, and phone number for the external health care provider; and information about the detainee's detention facility.

16.     The request for external health care services serves as an authorization and obligation for the government to pay the external health care provider for the treatment (e.g., attending a physical therapy session or receiving dialysis treatment).  ICE has engaged the U.S Department of Veterans Affairs Financial Services Center (VA FSC) as its fiscal agent to oversee the payment of claims from the external health care providers and facilities treating ICE detainees.

17.     The detainee is then transported by detention staff from the IHSC-staffed facility to the external health care provider to receive the necessary treatment or equipment.  A copy of the treatment request is hand-delivered to the external health care provider who is treating the detainee along with a copy of any medical documentation relevant to the treatment.  At the conclusion of treatment, the detainee is transported back to the detention facility.  The treatment request information is sent to the VA FSC so that the VA FSC can pay the external health care

provider for treating the detainee.  In the case of an emergency, a detainee is sent to an external health care provider in order to receive the care he or she needs, and after the detainee has been treated, a treatment request is submitted.

## IV.    NON-IHSC STAFFED DETENTION FACILITIES

18.    There are also times when detainees in a non-IHSC-staffed facility require health care, services, or equipment beyond the capabilities of the facility, and the medical providers in the facility need to engage the services of external health care providers.  Medical providers in non-IHSC-staffed facilities submit treatment requests in the ICE Medical Payment Authorization Request Web System (MedPAR) system.  MedPAR is a web application maintained by ICE. Before an external health care provider treats a detainee, the medical provider in a non-IHSC-staffed facility creates a MedPAR request containing biographic information about the detainee; the diagnosis code for the medical condition; the name of the referring provider; the name, address, and phone number for the external health care provider; the name of the IHSC Managed Care coordinator; and information about the detainee's detention facility.

19.    MedPAR treatment requests are reviewed and adjudicated (approved or denied) by IHSC reviewers such as Clinical Directors, Field Medical Coordinators, and Health Services Administrators.  As with requests originating from IHSC-staffed facilities, ICE has engaged the U.S Department of Veterans Affairs Financial Services Center (VA FSC) as its fiscal agent to oversee the payment of claims from the external health care providers and facilities treating ICE detainees.  The MedPAR system provides approved treatment requests to the VA FSC indicating the detainee who was treated, the treatment requested by his or her medical provider, and the external health care provider who treated the detainee.  This allows the VA FSC to pay the outside provider who provided the service.

20. ICE detainees bear no responsibility for payment of health care services received while in ICE custody, whether provided by detention facility medical staff or by an off-site provider.

21. ICE does not contract with Medicare, Medicaid, or any other private or public insurance plan for partial or full coverage of medical services provided to ICE detainees.

22. The VA FSC disperses funds appropriated to ICE by Congress to directly pay fees charged for services rendered by off-site providers; in this way, the agency is "self-insured."

## V.  **<u>JURAT CLAUSE</u>**

I declare under penalty of perjury that the forgoing is true and correct to the best of my

knowledge and belief.  Signed this <u> 27 </u>th day of July 2018.


_____
CAPT Diedre Presley, Deputy Assistant Director of
Administration
ICE Health Service Corps
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
Department of Homeland Security
500 12th Street, S.W., Stop 5900
Washington, DC 20536-5009