UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GILBERTO RODRIGUEZ CHAVERRA,**<br><br>Plaintiff,<br><br>v.<br><br>**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,** *et al.*,<br><br>Defendants. | Civil Action No. 18-289 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendants' Partial Motion to Dismiss is GRANTED;

2. Counts VI and VII are DISMISSED WITHOUT PREJUDICE; and

3. The parties shall meet, confer, and submit a joint proposed briefing schedule for the remaining FOIA counts by October 16, 2018.

IT IS SO ORDERED.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: October 2, 2018

1