UNITED STATES DISTRICT COURT
DISTRTCT OF COLUMBIA

| | |
|---|---|
| Gilberto Rodriguez CHAVERRA, )<br>)<br>)<br>)<br>v.                                        )<br>)<br>)<br>U.S. IMMIGRATION AND CUSTOMS  )<br>ENFORCEMENT, et al.                  )<br>)<br>) | 18-0289 (JEB) |

JOINT STATUS REPORT

In this FOIA matter Plaintiff has through counsel, sent Defendants FOIA requests to, in general obtain all records pertaining to Jeancarlo Alfonso Jimenez Joseph (Mr. Jimenez); agency records pertaining to:

(1) Contracts and agreements governing medical and detention operations at SDC (Stewart Detention Center) since
January 1, 2017;
(2) Inspection records for SDC since January 1, 2015;
(3) Significant Incident Reports and Significant Event Notifications at SDC since January 1, 2017; and
(4) ICE Health Services Corps policy and practice materials governing the performance of IHSC's medical duties at SDC.

And "all DHS-OIG records of investigations, referrals, or contemplated investigations involving (1) any incident or allegation at the [ICE] [SDC] occurring on or after January 1, 2015; (2) Any suicide attempt at the [SDC] since January 1, 2010; and (3) any allegation or incident involving CCA/CoreCivic or its personnel since January 1 2010."

Counsel for the parties have regularly conferred regarding the status of the Defendant agencies' response to Plaintiff's FOIA requests. Defendants began monthly productions of responsive agency records in July.[1] Those productions are expected to continue for at least five and as many as seven additional months. Counsel for the parties are actively working to resolve issues regarding the timing of the production schedule, volume of records to be produced, and protocol for addressing anticipated withholding issues as they arise without Court intervention.

Defendant ICE has provided monthly productions of records (500-700 pages each). The monthly productions will continue through April 2019. Defendant DHS CRCL referred approximately 2000 pages to ICE for review and response. DHS CRCL will provide the remaining responsive records to the Plaintiff by December 1, 2018. Defendant OIG has been working with Plaintiff's Counsel concerning identifying specific complaints for production. Parties anticipate continuing the efforts narrow.

The parties propose that they submit a status report in thirty (30) days setting forth any agreement reached with respect to search and production, and identifying any issues on which they may seek the aid of the Court to resolve prior to engaging in further motions practice.

                                        Respectfully Submitted,

                                        R. ANDREW FREE
                                        Law Office of R. Andrew Free
                                        www.Resist.Law
                                        PO Box 90568
                                        Nashville, TN 37209
                                        O: (844) 321-3221x1
                                        F: (615) 829-8959
                                        Andrew@Resist.Law

---

[1] Defendant CRCL has yet to produce responsive documents. Defendant CRCL expects to produce any responsive documents by December 1, 2018.

JESSIE K. LIU
D.C. BAR # 472845
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN
D.C. BAR # 924092
Civil Chief

By: /s/
BENTON G. PETERSON, BAR # 1029849
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 252-2534