UNITED STATES DISTRICT COURT
DISTRTCT OF COLUMBIA

|  |  |  |
|---|---|---|
| Gilberto Rodriguez CHAVERRA, | ) ) ) ) ) | |
| v. | ) ) ) | 18-0289 (JEB) |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al. | ) ) ) ) ) | |

JOINT STATUS REPORT

Pursuant to the Court's November 16, 2018 Order the parties submit the following Joint Status Report.[1]  In this FOIA matter Plaintiff has through counsel, sent Defendants FOIA requests to, in general obtain all records  pertaining to Jeancarlo Alfonso Jimenez Joseph (Mr. Jimenez); agency records pertaining to:

> (1) Contracts and agreements governing medical and detention operations at SDC (Stewart Detention Center) since
> January 1, 2017;
> (2) Inspection records for SDC since January 1, 2015;
> (3) Significant Incident Reports and Significant Event Notifications at SDC since January 1, 2017; and
> (4) ICE Health Services Corps policy and practice materials governing the performance of IHSC's medical duties at SDC.

And "all DHS-OIG records of investigations, referrals, or contemplated investigations involving (1) any incident or allegation at the [ICE] [SDC] occurring on or after January 1, 2015;

---

[1] Due, in part, to technical errors that prevented Defendant's Counsel's access to the office and the necessary hard drives, the Parties were unable to confer yesterday as planned.  The parties regret any inconvenience this short delay may have caused.

(2) Any suicide attempt at the [SDC] since January 1, 2010; and (3) any allegation or incident involving CCA/CoreCivic or its personnel since January 1 2010."


Counsel for the parties have regularly conferred regarding the status of the Defendant agencies' response to Plaintiff's FOIA requests.   The Parties report the following:

Defendant CRCL:

Pursuant to the Department of Homeland Security Freedom of Information Act Regulations, the Department was required to share responsive records with DHS CRCL contractors providing mental health expert services because of the potentially confidential commercial information found in such documents.  *See* 6 CFR 5.7.  DHS CRCL has shared the responsive documents with the submitter of the confidential commercial information for their review and are waiting for final determination from the contractors. Defendant CRCL will provide the records once the submitter has responded with no objection or the period of response has terminated.  Defendant CRCL expects to provide responsive documents by December 21, 2018.


Defendant ICE:

Defendant ICE is providing productions as scheduled.  The productions are 500 pages per month through April 2019.  This month, the production will likely be delayed due to the holidays.

Defendant OIG:

Continues to work with Plaintiff's Counsel concerning identifying specific complaints for production. Parties anticipate continuing the efforts narrow.

The parties propose that they submit a status report in forty five days (45) days, January 31, 2019, setting forth any agreement reached with respect to search and production, and identifying any issues on which they may seek the aid of the Court to resolve prior to engaging in further motions practice.

Respectfully Submitted,

R. ANDREW FREE
Law Office of R. Andrew Free
www.Resist.Law
PO Box 90568
Nashville, TN 37209
O: (844) 321-3221x1
F: (615) 829-8959
Andrew@Resist.Law

JESSIE K. LIU
D.C. BAR # 472845
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN
D.C. BAR # 924092
Civil Chief

By:    /s/ _____
BENTON G. PETERSON, BAR # 1029849
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 252-2534