UNITED STATES DISTRICT COURT
FOR THE DISTRTCT OF COLUMBIA

| | |
|---|---|
| GILBERTO RODRIGUEZ CHAVERRA,  )<br>  )<br>  Plaintiff,  )<br>  ) Civil Action No.: 18-0289 (JEB)<br>  v.  )<br>  )<br>  )<br>U.S. IMMIGRATION AND CUSTOMS  )<br>ENFORCEMENT, *et al.*,  )<br>  )<br>  Defendants.  )<br>  ) | |

## **JOINT STATUS REPORT**

This Freedom of Information Act ("FOIA") matter involves five separate FOIA requests by Plaintiff to three agency components of the Department of Homeland Security. Counsel for the parties have regularly conferred regarding the status of the agencies' response to Plaintiff's FOIA requests. The parties report the following:

**Office of Inspector General ("OIG"):**

OIG expects to make a production of material from the OIG investigative file concerning Mr. Jimenez within the next few days. Some of the material in the investigative file has been referred to ICE for processing.

**Immigration and Customs Enforcement ("ICE")**:

The parties continue to discuss Plaintiff's concerns with ICE's productions and hope that they can resolve any issues in the near future.

The parties propose that they submit a further status report on September 5, 2019, setting forth any agreement reached with respect to searches and production, and identifying any issues

on which they may seek the aid of the Court to resolve prior to engaging in further motions practice.

Dated: August 22, 2019				Respectfully submitted,

						/s/
						R. ANDREW FREE
						Law Office of R. Andrew Free
						www.Resist.Law
						PO Box 90568
						Nashville, TN 37209
						O: (844) 321-3221x1
						F: (615) 829-8959
						Andrew@Resist.Law

						*Counsel for Plaintiff*

						JESSIE K. LIU, D.C. Bar. No. 472845
						United States Attorney

						DANIEL F. VAN HORN, D.C. Bar No. 924092
						Chief, Civil Division

				By:		/s/  *Derek S. Hammond*
						DEREK S. HAMMOND, D.C. Bar No. 1017784
						Assistant United States Attorney
						555 Fourth Street, N.W.
						Washington, D.C. 20530
						(202) 252-2511
						derek.hammond@usdoj.gov

						*Counsel for Defendants*