UNITED STATES DISTRICT COURT
FOR THE DISTRTCT OF COLUMBIA

| | |
|---|---|
| GILBERTO RODRIGUEZ CHAVERRA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>U.S. IMMIGRATION AND CUSTOMS )<br>ENFORCEMENT, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No.: 18-0289 (JEB) |

## JOINT STATUS REPORT

This Freedom of Information Act ("FOIA") matter involves five separate FOIA requests by Plaintiff to three agency components of the Department of Homeland Security. Counsel for the parties have regularly conferred regarding the status of the agencies' response to Plaintiff's FOIA requests. The parties report the following:

**Office of Inspector General ("OIG"):**

On August 26, 2019, OIG made its ninth interim production to Plaintiff in which OIG released 385 pages of records. This response contained the OIG final report and portions of investigative file, as well as portions of the Georgia Bureau of Investigation investigative file pertaining to Mr. Jimenez.

**Immigration and Customs Enforcement ("ICE")**:

The parties continue to discuss Plaintiff's concerns with ICE's productions and hope that they can resolve any issues in the near future.

The parties propose that they submit a further status report on September 19, 2019, setting forth any agreement reached with respect to searches and production, and identifying any issues on which they may seek the aid of the Court to resolve prior to engaging in further motions practice.

Dated: September 5, 2019

Respectfully submitted,

/s/
R. ANDREW FREE
Law Office of R. Andrew Free
www.Resist.Law
PO Box 90568
Nashville, TN 37209
O: (844) 321-3221x1
F: (615) 829-8959
Andrew@Resist.Law

*Counsel for Plaintiff*

JESSIE K. LIU, D.C. Bar. No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By:   /s/  *Derek S. Hammond*
DEREK S. HAMMOND, D.C. Bar No. 1017784
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2511
derek.hammond@usdoj.gov

*Counsel for Defendants*