UNITED STATES DISTRICT COURT
FOR THE DISTRTCT OF COLUMBIA

| | |
|---|---|
| GILBERTO RODRIGUEZ CHAVERRA,<br><br>Plaintiff,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>Defendants. | Civil Action No.: 18-0289 (JEB) |

## **JOINT STATUS REPORT**

This Freedom of Information Act ("FOIA") matter involves five separate FOIA requests by Plaintiff to three agency components of the Department of Homeland Security. Counsel for the parties have regularly conferred regarding the status of the agencies' response to Plaintiff's FOIA requests. The parties report the following:

**Office of Inspector General ("OIG"):**

On October 9, 2019, OIG made its eleventh interim production to Plaintiff for which OIG processed 248 pages of material.

**Immigration and Customs Enforcement ("ICE")**:

As previously reported OIG has referred certain records to ICE for review. In addition to those materials, after conferring with Plaintiff, ICE has also identified additional potentially responsive records. In total, ICE has 2,375 pages of material for review. ICE expects to make its next production by October 30, 2019, for which it will process at least 500 pages of material.

Thereafter, ICE expects to process at least 650 pages of material per month. Plaintiff intends to move to compel ICE's production of documents.

The parties propose that they submit a further status report on November 18, 2019, setting forth any agreement reached with respect to searches and production, and identifying any issues on which they may seek the aid of the Court to resolve prior to engaging in further motions practice.

Dated: October 17, 2019	Respectfully submitted,

/s/
R. ANDREW FREE
Law Office of R. Andrew Free
www.Resist.Law
PO Box 90568
Nashville, TN 37209
O: (844) 321-3221x1
F: (615) 829-8959
Andrew@Resist.Law

*Counsel for Plaintiff*

JESSIE K. LIU, D.C. Bar. No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By:	/s/  *Derek S. Hammond*
DEREK S. HAMMOND, D.C. Bar No. 1017784
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2511
derek.hammond@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRTCT OF COLUMBIA

| | |
|---|---|
| GILBERTO RODRIGUEZ CHAVERRA, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>)<br>U.S. IMMIGRATION AND CUSTOMS )<br>ENFORCEMENT, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No.: 18-0289 (JEB) |

### **[PROPOSED] ORDER**

Upon consideration of the parties' Joint Status Report, it is hereby ORDERED that the parties file a further joint status report on or before November 18, 2019. SO ORDERED.

Dated:

JAMES E. BOASBERG
United States District Judge