UNITED STATES DISTRICT COURT
FOR THE DISTRTCT OF COLUMBIA

| | | |
|---|---|---|
| GILBERTO RODRIGUEZ CHAVERRA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.: 18-0289 (JEB) |
| v. | ) | |
| | ) | |
| | ) | |
| U.S. IMMIGRATION AND CUSTOMS | ) | |
| ENFORCEMENT, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

This Freedom of Information Act ("FOIA") matter involves five separate FOIA requests by Plaintiff to three agency components of the Department of Homeland Security. Counsel for the parties have regularly conferred regarding the status of the agencies' response to Plaintiff's FOIA requests.   The parties report the following:

**Office of Inspector General ("OIG"):**

On November 13, 2019, OIG made another interim production [#12] to Plaintiff for which OIG processed 247 pages of material.

**Immigration and Customs Enforcement ("ICE")**:

As previously reported, OIG has referred certain records to ICE for review.  In addition to those materials, after conferring with Plaintiff, ICE has also identified additional potentially responsive records.  In total, ICE has 2,375 pages of material for review.  ICE continues to make rolling productions and completed its last production by the October 30, 2019 target date

referenced in the previously filed Joint Status Report.  ICE expects to make its next production

by November 30, 2019.

Plaintiff intends to move to compel ICE's production.

The parties propose that they submit a further status report on January 18, 2020, setting

forth any agreement reached with respect to searches and production, and identifying any issues

on which they may seek the aid of the Court to resolve prior to engaging in further motions

practice.

Dated: November 18, 2019

Respectfully submitted,

_/s/ R. Andrew Free_                         JESSIE K. LIU, D.C. Bar #472845
R. ANDREW FREE                     United States Attorney
Law Office of R. Andrew Free
www.Resist.Law
PO Box 90568                               DANIEL F. VAN HORN, D.C. Bar #924092
Nashville, TN 37209                  Chief, Civil Division
O: (844) 321-3221x1
F: (615) 829-8959                    By: _/s/ Paul A. Mussenden_            
Andrew@Resist.Law                PAUL A. MUSSENDEN
                                         Assistant United States Attorney
*Counsel for Plaintiff*                 555 4th Street, N.W.
                                         Washington, District of Columbia 20530
                                         Telephone: 202 252 7874
                                         Paul.Mussenden@usdoj.gov

                                         /s/ _Derek S. Hammond_
                                         DEREK S. HAMMON, D.C. Bar #1017784
                                         Assistant United States Attorney
                                         555 Fourth Street, N.W.
                                         Washington, D.C. 20530
                                         (202) 252-2511
                                         derek.hammond@usdoj.gov

                                         *Counsel for Defendants*