UNITED STATES DISTRICT COURT
FOR THE DISTRTCT OF COLUMBIA

|  |  |
|---|---|
| GILBERTO RODRIGUEZ CHAVERRA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>  )<br>U.S. IMMIGRATION AND CUSTOMS  )<br>ENFORCEMENT, *et al.*,  )<br>  )<br>Defendants.  )<br>  ) | Civil Action No.: 18-0289 (JEB) |

# **JOINT STATUS REPORT**

This Freedom of Information Act ("FOIA") matter involves five separate FOIA requests by Plaintiff to three agency components of the Department of Homeland Security. Counsel for the parties have regularly conferred regarding the status of the agencies' response to Plaintiff's FOIA requests. The parties report the following:

**Office of Inspector General ("OIG"):**

On January 13, 2020, OIG made its fourteenth interim production to Plaintiff for which OIG processed 306 pages of material.

**Immigration and Customs Enforcement ("ICE")**:

On December 10, 2019, ICE made an interim production of records to Plaintiff for which ICE processed 520 pages of records. ICE anticipates making its next production by January 23, 2020 and completing all productions by February 28, 2020.

The parties propose that they submit a further status report on March 13, 2020, setting forth any agreement reached with respect to searches and production, and identifying any issues

on which they may seek the aid of the Court to resolve prior to engaging in further motions practice.

| | |
|---|---|
| Dated: January 17, 2020 | Respectfully submitted, |
| | /s/<br>R. ANDREW FREE<br>Law Office of R. Andrew Free<br>www.Resist.Law<br>PO Box 90568<br>Nashville, TN 37209<br>O: (844) 321-3221x1<br>F: (615) 829-8959<br>Andrew@Resist.Law |
| | *Counsel for Plaintiff* |
| | JESSIE K. LIU, D.C. Bar. No. 472845<br>United States Attorney |
| | DANIEL F. VAN HORN, D.C. Bar No. 924092<br>Chief, Civil Division |
| By: | /s/  *Derek S. Hammond*<br>DEREK S. HAMMOND, D.C. Bar No. 1017784<br>Assistant United States Attorney<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530<br>(202) 252-2511<br>derek.hammond@usdoj.gov |
| | *Counsel for Defendants* |