UNITED STATES DISTRICT COURT
FOR THE DISTRTCT OF COLUMBIA

|  |  |
|---|---|
| GILBERTO RODRIGUEZ CHAVERRA,<br><br>Plaintiff,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No.: 18-0289 (JEB)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **JOINT STATUS REPORT**

This Freedom of Information Act ("FOIA") matter involves five separate FOIA requests by Plaintiff to three agency components of the Department of Homeland Security. Counsel for the parties have regularly conferred regarding the status of the agencies' response to Plaintiff's FOIA requests. The parties report the following:

**Office of Inspector General ("OIG"):**

On February 10, 2020, OIG made its fifteenth interim production to Plaintiff for which OIG processed 357 pages of material. OIG anticipates that it will make its next production on March 16, 2020 and that it will complete its production of records to Plaintiff in April 2020.

**Immigration and Customs Enforcement ("ICE")**:

On March 4, 2020, ICE made its final supplemental production of records to Plaintiff for which ICE processed 811 pages of records.

The parties propose that they submit a further status report on April 30, 2020, setting forth any agreement reached with respect to searches and production, and identifying any issues

on which they may seek the aid of the Court to resolve prior to engaging in further motions practice.

Dated: March 13, 2020　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ *R. Andrew Free (with consent)*
　　　　　　　　　　　　　　　　　　　R. ANDREW FREE
　　　　　　　　　　　　　　　　　　　Law Office of R. Andrew Free
　　　　　　　　　　　　　　　　　　　www.Resist.Law
　　　　　　　　　　　　　　　　　　　PO Box 90568
　　　　　　　　　　　　　　　　　　　Nashville, TN 37209
　　　　　　　　　　　　　　　　　　　O: (844) 321-3221x1
　　　　　　　　　　　　　　　　　　　F: (615) 829-8959
　　　　　　　　　　　　　　　　　　　Andrew@Resist.Law

　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

　　　　　　　　　　　　　　　　　　　TIMOTHY J. SHEA, D.C. Bar. No. 437437
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　DANIEL F. VAN HORN, D.C. Bar No. 924092
　　　　　　　　　　　　　　　　　　　Chief, Civil Division

By:　　　/s/   *Derek S. Hammond*
　　　　　　　　　　　　　　　　　　　DEREK S. HAMMOND, D.C. Bar No. 1017784
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　555 Fourth Street, N.W.
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　(202) 252-2511
　　　　　　　　　　　　　　　　　　　derek.hammond@usdoj.gov

　　　　　　　　　　　　　　　　　　　*Counsel for Defendants*