UNITED STATES DISTRICT COURT
FOR THE DISTRTCT OF COLUMBIA

| | |
|---|---|
| GILBERTO RODRIGUEZ CHAVERRA,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>)<br>U.S. IMMIGRATION AND CUSTOMS  )<br>ENFORCEMENT, *et al.*,  )<br>)<br>Defendants.  )<br>) | Civil Action No.: 18-0289 (JEB) |

## **JOINT STATUS REPORT**

This Freedom of Information Act ("FOIA") matter involves five separate FOIA requests by Plaintiff to three agency components of the Department of Homeland Security. Counsel for the parties have regularly conferred regarding the status of the agencies' response to Plaintiff's FOIA requests. The parties report the following:

**Office of Inspector General ("OIG"):**

On March 16, 2020, OIG made its sixteenth interim production to Plaintiff for which OIG processed 365 pages of material. On April 7, 2020, made its seventeenth and final production to Plaintiff for which it processed 337 pages of material.

The parties continue to meet and confer about the agency components' responses to Plaintiff's FOIA requests and propose that they submit a further status report on May 28, 2020.

\*   \*   \*

Dated: April 30, 2020                    Respectfully submitted,

<u>/s/ *R. Andrew Free (with consent)*</u>
R. ANDREW FREE
Law Office of R. Andrew Free
www.Resist.Law
PO Box 90568
Nashville, TN 37209
O: (844) 321-3221x1
F: (615) 829-8959
Andrew@Resist.Law

*Counsel for Plaintiff*

TIMOTHY J. SHEA, D.C. Bar. No. 437437
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By:     <u>/s/   *Derek S. Hammond*   </u>
DEREK S. HAMMOND, D.C. Bar No. 1017784
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2511
derek.hammond@usdoj.gov

*Counsel for Defendants*