UNITED STATES DISTRICT COURT
FOR THE DISTRTCT OF COLUMBIA

|  |  |  |
|---|---|---|
| GILBERTO RODRIGUEZ CHAVERRA, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No.: 18-0289 (JEB) |
| v. | ) ) ) | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al*., | ) ) ) | |
| Defendants. | ) ) | |

## JOINT STATUS REPORT

This Freedom of Information Act ("FOIA") matter involves five separate FOIA requests by Plaintiff to three agency components of the Department of Homeland Security. Counsel for the parties have regularly conferred regarding the status of the agencies' response to Plaintiff's FOIA requests.   The parties report the following:

As previously reported, Plaintiff identified a number of concerns with Defendants' responses to the FOIA requests.  The parties continue to meet and confer about those issues.  To that end, U.S. Immigration and Customs Enforcement and Office for Civil Rights and Civil Liberties are conducting supplemental searches for records in the hope of addressing Plaintiff's concerns.  Defendants cannot at this time provide Plaintiff with a date certain by which they can produce all responsive, non-exempt records yielded in those searches.

**Plaintiff's Position**

Plaintiff intends to file a Motion for Partial Summary Judgment on the agencies' failures to make responsive records "promptly available" during the more than three years that have

elapsed since he began making the requests at issue on June 1, 2017, or during the twenty-eight

(28) months (and counting) since filing suit, as required by 5 U.S.C. § 552(a)(3)(A).

**Defendants' Position**

Defendants believe that summary judgment briefing is premature as the agencies have

initiated additional searches in light of the parties' conferrals in an attempt to resolve any

disputes without the need for further litigation. Defendants propose that the parties submit a

further status report on August 28, 2020.


Dated: June 29, 2020                                 Respectfully submitted,

                                                     /s/ *R. Andrew Free (with consent)*
                                                     R. ANDREW FREE, D.D.C. Bar No. 59830
                                                     Law Office of R. Andrew Free
                                                     www.Resist.Law
                                                     PO Box 90568
                                                     Nashville, TN 37209
                                                     O: (844) 321-3221x1
                                                     F: (615) 829-8959
                                                     Andrew@ImmigrantCivilRights.com

                                                     *Counsel for Plaintiff*

                                                     MICHAEL R. SHERWIN
                                                     Acting United States Attorney

                                                     DANIEL F. VAN HORN, D.C. Bar No. 924092
                                                     Chief, Civil Division

                                      By:            /s/   *Derek S. Hammond*
                                                     DEREK S. HAMMOND, D.C. Bar No. 1017784
                                                     Assistant United States Attorney
                                                     555 Fourth Street, N.W.
                                                     Washington, D.C. 20530
                                                     (202) 252-2511
                                                     derek.hammond@usdoj.gov

                                                     *Counsel for Defendants*