UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GILBERTO RODRIGUEZ CHAVERRA,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>*Defendants*. | Civil Action No. 18-0289 (JEB) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kathleene Molen as counsel of record for Defendants in the above-captioned case and remove Assistant United States Attorney Derek Hammond as counsel for Defendants.

Dated: July 28, 2020

Respectfully submitted,

  */s/ Kathleene Molen*
KATHLEENE MOLEN
VA BAR #68460
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 803-1572
Kathleene.Molen@usdoj.gov