UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| GILBERTO RODRIGUEZ CHAVERRA ) <br> ) <br>     *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> U.S. IMMIGRATION AND CUSTOMS ) <br> ENFORCEMENT, *et al.*, ) <br> ) <br>     *Defendants.* ) | Civil Action No.: 1:18-cv-289-JEB |

**PLAINTIFF'S REPLY
IN SUPPORT OF JUDGMENT ON THE PLEADINGS**

## Introduction

The Freedom of Information Act (FOIA) requires agencies that receive properly formatted requests to make responsive records "promptly available" to the requestor. 5 U.S.C. § 552(a)(3)(A) (the Promptly Available Requirement). Plaintiff Gilberto Rodriguez Chaverra files this Motion for Partial Summary Judgment against Defendant U.S. Immigration and Customs Enforcement (ICE) because there is nothing "prompt" about a nearly 3 ½ year delay, and because records the agency refuses to release in a timely fashion are not "available" to Mr. Chaverra.

The material facts underlying this Motion are undisputed. The text of the FOIA is straightforward. Congress' purpose and intent are pellucid. Plaintiff made FOIA requests to ICE beginning on June 1, 2017 – just two weeks after his stepson, Jeancarlo Jimenez Joseph (Jean)'s[1] lifeless body was found hanging inside a solitary confinement cell at ICE's privately owned, for-profit Stewart Detention Center. ICE has not made all

---

[1] Pronounced "Gene".

agency records responsive to Plaintiff's request available in the thirty-nine months that have passed since then. ICE does not intend to do so until February 2021, at the earliest. ICE is therefore unlawfully withholding agency records by violating the Promptly Available Requirement. This Court has the power to declare that withholding unlawful and enjoin it.

Pursuant to LCvR 7(h), Plaintiff attaches hereto a statement of material facts as to which he claims there is no genuine issue, a Memorandum of Points and Authorities in support of his Motion, and a Proposed Order. Based on the facts and law therein, Plaintiff respectfully moves that this Court

(a) Declare that ICE violated the Promptly Available Requirement and enter partial summary judgment in Plaintiff's favor; and

(b) Order ICE to complete its production of all responsive agency records by no later than October 31, 2020.

Dated:  August 21, 2020  Respectfully submitted,

/s/ R. Andrew Free
**R. ANDREW FREE, DDC Bar No.59830**
P.O. Box 90568
Nashville, TN 37209
Tel. 844-321-3221
Fax: 615-829-8959
Andrew@immigrantcivilrights.com
*Counsel for the Plaintiff*