# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| GILBERTO RODRIGUEZ CHAVERRA ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Civil Action No.: 1:18-cv-289-JEB |
| ) | |
| U.S. IMMIGRATION AND CUSTOMS ) | |
| ENFORCEMENT, *et al.*, ) | |
| ) | |
| *Defendants.* ) | |

## [PROPOSED] ORDER

After careful review of Plaintiffs' Motion for Partial Summary Judgment and accompanying materials in support, Defendants' Response in Opposition, and Plaintiff's Reply, the Court hereby:

DECLARES Defendant U.S. Immigration and Customs Enforcement ("ICE") has violated 5 U.S.C. § 552(a)(A)(3) by failing to make agency records promptly available to Plaintiff since filing his Freedom of Information Act requests on June 1, 2017, and October 3, 20217, thus constituting an unlawful withholding.

Defendant ICE is HEREBY ENJOINED from continuing to unlawfully withhold agency records from Plaintiff by violating Section 552(a)(3)(A).

Defendant ICE shall make available all reasonably segregable, non-exempt portions of responsive agency records to Plaintiff by no later than **October 31, 2020**. It is SO ORDERED this ___ day of October, 2020.

_____

UNITED STATES DISTRICT JUDGE

1