UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| GILBERTO RODRIGUEZ CHAVERRA )<br>)<br>    *Plaintiff,* )<br>)<br>v. )<br>)<br>U.S. IMMIGRATION AND CUSTOMS )<br>ENFORCEMENT, *et al.*, )<br>)<br>    *Defendants.* ) | Civil Action No.: 1:18-cv-289-JEB |

**PLAINTIFF'S STATEMENT OF MATERIAL FACTS
PURSUANT TO LCvR 7(h)**

Pursuant to LCvR 7(h), Plaintiff respectfully submits the following statement of material facts as to which there is no genuine issue:

1. Plaintiff is the stepfather and Estate Administrator of 27 year-old Deferred Action for Childhood Arrivals (DACA) recipient Jeancarlo Alfonso Jimenez Joseph (Jean).[1] ECF No. 3-1 Corrected Complaint (Compl.) ¶¶ 2, 22; ECF No. 10 Answer ¶¶ 2, 22.

2. On June 1, 2017, Plaintiff submitted a FOIA request to ICE for "all records, including medical," pertaining to Jean. Compl. ¶ 35; Answer ¶ 35.

3. On October 3, 2017, he submitted a request to ICE for records relating to the Stewart Detention Center (SDC), where Jean died. Compl. ¶ 48; Answer ¶ 48.

4. On August 12, 2020, ICE informed the Court that following the parties' conferral about what Plaintiff alleged were inadequacies in the agency's search responsive to these requests, it had located 2800 pages of responsive agency records, as well

---

[1] Pronounced "Gene."

as approximately 380 audio and video files. ECF No. 44, Joint Status Report (Aug. 12, 2020) (JSR) at 1.

5. ICE "intends to complete its supplemental production of records by February 18, 2021. JSR at 1.

| | |
|---|---|
| Dated:  August 21, 2020 | Respectfully submitted,<br><br>/s/ R. Andrew Free<br>**R. ANDREW FREE, DDC Bar No.59830**<br>P.O. Box 90568<br>Nashville, TN 37209<br>Tel. 844-321-3221<br>Fax: 615-829-8959<br>Andrew@immigrantcivilrights.com<br>*Counsel for the Plaintiff* |