# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| GILBERTO RODRIGUEZ CHAVERRA ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Civil Action No.: 1:18-cv-289-JEB |
| ) | |
| U.S. IMMIGRATION AND CUSTOMS ) | |
| ENFORCEMENT, *et al.*, ) | |
| ) | |
| *Defendants.* ) | |

## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

### Introduction

Upon receiving a properly addressed and formatted request to the correct agency component, the agency "shall make the records *promptly* available to the person." 5 U.S.C. § 552(a)(3)(A) (the Promptly Available Requirement). More than three years after submitting his first Freedom of Information Act (FOIA) request, and more than 2 ½ years since filing this action, Plaintiff Gilberto Rodriguez Chaverra (Mr. Chaverra) is still waiting for Defendant U.S. Immigration and Customs Enforcement (ICE) to make available the records he seeks. ICE's response – "keep waiting until *at least* February 2018" – violates the Promptly Available Requirement. Here therefore respectfully moves for partial summary judgment.

### Facts

Plaintiff is the stepfather and Estate Administrator of 27 year-old Deferred Action for Childhood Arrivals (DACA) recipient Jeancarlo Alfonso Jimenez Joseph (Jean).[1]

---

[1] Pronounced "Gene."

1

is nothing "prompt" about a nearly 3 ½ year delay, and because records the agency refuses to release in a timely fashion are not "available" to Mr. Chaverra.

The material facts underlying this Motion are undisputed. The text of the FOIA is straightforward. Congress' purpose and intent are pellucid. Plaintiff made FOIA requests to ICE beginning on June 1, 2017 – just two weeks after his stepson, Jeancarlo Jimenez Joseph (Jean)'s[2] lifeless body was found hanging inside a solitary confinement cell at ICE's privately owned, for-profit Stewart Detention Center. ICE has not made all agency records responsive to Plaintiff's request available in the thirty-nine months that have passed since then. ICE does not intend to do so until February 2021, at the earliest. ICE is therefore unlawfully withholding agency records by violating the Promptly Available Requirement. This Court has the power to declare that withholding unlawful and enjoin it.

Pursuant to LCvR 7(h), Plaintiff attaches hereto a statement of material facts as to which he claims there is no genuine issue, a Memorandum of Points and Authorities in support of his Motion, and a Proposed Order. Based on the facts and law therein, Plaintiff respectfully moves that this Court

(a) Declare that ICE violated the Promptly Available Requirement and enter partial summary judgment in Plaintiff's favor; and

(b) Order ICE to complete its production of all responsive agency records by no later than October 31, 2020.

Dated:  August 25, 2020                           Respectfully submitted,

                                                  /s/ R. Andrew Free

---

[2] Pronounced "Gene".

                                                   **R. ANDREW FREE, DDC Bar No.59830**
P.O. Box 90568
Nashville, TN 37209
Tel. 844-321-3221
Fax: 615-829-8959
Andrew@immigrantcivilrights.com
*Counsel for the Plaintiff*