UNITED STATES DISTRICT COURT
FOR THE DISTRTCT OF COLUMBIA

|  |  |  |
|---|---|---|
| GILBERTO RODRIGUEZ CHAVERRA, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.: 18-0289 (JEB) |
| v. | ) ) ) ) | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**JOINT STATUS REPORT**

This Freedom of Information Act ("FOIA") matter involves five separate FOIA requests by Plaintiff to three agency components of the Department of Homeland Security. Counsel for the parties have regularly conferred regarding the status of the agencies' response to Plaintiff's FOIA requests. The parties report the following:

U.S. Immigration and Customs Enforcement ("ICE") has now completed its supplemental search and reports that it located approximately 3500[1] pages of responsive records and approximately 380 audio and video files. As noted in the previous Joint Status Report, ICE anticipates a production of these documents to begin on September 18, 2020, with an average production rate of 550 pages per month.

On August 7, 2020, Office for Civil Rights and Civil Liberties ("CRCL") completed its production of records to Plaintiff.

---

[1] Agency counsel has rectified this number, it was previously reported as "2800."

On August 21, 2020, Plaintiff filed a Motion for Partial Summary Judgment arguing that ICE's rolling production of records is contrary to 5 U.S.C. § 552(a)(3)(A) ("shall make the records promptly available to any person").

As ordered by the Court in its Minute Order dated August 13, 2020, Defendants' will file their response or cross-motion to Plaintiff's partial motion for summary judgment on September 21, 2020.

The parties propose to submit a further status report to update the Court on ICE's September, 2020, production of records on October 4, 2020.

| | |
|---|---|
| Dated: September 4, 2020 | Respectfully submitted, |
| | _/s/ *Andrew Free*___<br>R. ANDREW FREE, D.D.C. Bar No. 59830<br>Law Office of R. Andrew Free<br>www.Resist.Law<br>PO Box 90568<br>Nashville, TN 37209<br>O: (844) 321-3221x1<br>F: (615) 829-8959<br>Andrew@ImmigrantCivilRights.com<br><br>*Counsel for Plaintiff*<br><br>MICHAEL R. SHERWIN<br>Acting United States Attorney<br><br>DANIEL F. VAN HORN, D.C. Bar No. 924092<br>Chief, Civil Division |
| By: | */s/ Kathleene Molen*___<br>KATHLEENE MOLEN<br>Assistant United States Attorney<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530<br>(202) 803-1572<br>Kathleene.Molen@usdoj.gov<br><br>*Counsel for Defendants* |