|  |  |
|---|---|
| **From:** | ICE-FOIA <ICE-FOIA@ice.dhs.gov> |
| **Sent:** | Thursday, June 1, 2017 4:43 PM |
| **To:** | ICE-FOIA |
| **Subject:** | Form submission from: FOIA Request Form |

This email message contains user responses to your form in two formats. The first section is presented in a layout that is easy to read where the user's response to each question is displayed on the next line. In Section 2, MS Excel Friendly Format, you can export the table rows by "copy and paste" into an MS Excel spreadsheet where you can aggregate, sort and search your user's responses.

**Submitted on:** Thursday, June 1, 2017 - 16:43
**IP Address:** 66.171.227.29

# Section 1 - Easy-to-Read Format

## Contact Information

**Name (First, MI, Last):** Robert A Free

**Address:** PO BOX 90568

**City:** Nashville

**State:** Tennessee

**Zipcode:** 37209

**Daytime Phone Number:** 844-321-3221

**Fax Number:** 615-829-8959

**Email:** Andrew@ImmigrantCivilRights.com

## Describe the type(s) of document(s) you are requesting

**Enter company name, address, and any other information relevant to the request:**

All non-A-file agency records relating to Jeancarlo Alfonso Jimenez-Joseph, ("Jimenez") A204-603-723, including, but not limited to, (A) ICE's identification, interview, placement of a detainer on, arrest, and transfer of Jimenez in the Wake County, North Carolina Jail beginning on or around February 5, 2017 and continuing until on or around March 3, 2017; (B) all agency records relating to ICE's transfer of Jimenez to the York County, South Carolina Detention Facility, detention of Jimenez at the facility, and subsequent transfer to the Stewart Detention Center ("SDC") in Lumpkin, Georgia between March 3, 2017 and March 7, 2017; (C) all Immigrant Health Services Corps records pertaining to Jimenez; (D) all records relating to Jimenez's detention

1

in SDC from on or around March 7, 2017 until his death on or around May 15, 2017; (E) all records created or obtained about Jimenez or his death after it occurred; (F) all inter-agency and external communications with any party regarding Jimenez; (G) all records about Jimenez created on or before March 3, 2017; (H) all notifications to ICE from CoreCivic (formerly known as the Corrections Corporation of America) regarding Jimenez's medical or psychiatric treatment, disciplinary and classification history, and complaints and grievances, visitations, and phone logs, and (I) any other records pertaining in any way to Jimenez's identification, apprehension, detention, and death in ICE custody.

**Select a suitable description of yourself and the purpose of the request:** A. An individual seeking information for personal use and not for commercial use. If the subject matter of your request is yourself, ICE staff may contact you to verity your identity.

**Enter educational or scientific institution name:**

**Enter company/firm name:**

**Enter media company name:**

**Enter the maximum amount that you are willing to pay:** Up to $25

# Section 2 - MS Excel Friendly Format

*You can copy and paste the table rows below into an Excel Spreadsheet. Feel free to omit the first row if the columns exist in your spreadsheet already. Don't forget: the column headings map to the parenthetical statement at the end of each question in section 1.*

| Name (First, MI, Last): | Address: | City: | State: | Zipcode: | Daytime Phone Number: | Fax Number: | Email: |
|---|---|---|---|---|---|---|---|
| Robert A Free | PO BOX 90568 | Nashville | Tennessee | 37209 | 844-321-3221 | 615-829-8959 | Andrew@ImmigrantCivilRights.com |