UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GILBERTO RODRIGUEZ CHAVERRA,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>*Defendants*. | Civil Action No. 18-0289 (JEB) |

### [PROPOSED] ORDER

Upon consideration of Defendant U.S. Immigration and Customs Enforcement ("ICE") Opposition to Plaintiff's Partial Motion for Summary Judgment, it is hereby:

**ORDERED** that Plaintiff's Partial Motion for Summary Judgement is **DENIED**;

**ORDERED** that ICE complete processing all responsive non-exempt records no later than February 5, 2021.

Dated: _____

JAMES E. BOASBERG
United States District Judge