UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GILBERTO RODRIGUEZ CHAVERRA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 18-0289 (JEB) |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

**JOINT STATUS REPORT**

This Freedom of Information Act ("FOIA") matter involves five separate FOIA requests by Plaintiff to three agency components of the Department of Homeland Security. Counsel for the parties have regularly conferred regarding the status of the agencies' response to Plaintiff's FOIA requests. The parties report the following:

U.S. Immigration and Customs Enforcement ("ICE") has now completed its second supplemental search and reports that it located approximately 3500[1] pages of responsive records and approximately 380 audio and video files. As noted in the previous Joint Status Report, ICE anticipated a production of these documents to begin on September 18, 2020, with an average production rate of 550 pages per month.

On August 7, 2020, Office for Civil Rights and Civil Liberties ("CRCL") completed its production of records to Plaintiff.

---

[1] Agency counsel has rectified this number, it was previously reported as "2800."

On September 15, 2020, ICE produced its first release of documents with respect to its second supplemental search for responsive records; ICE processed 570 pages and released to plaintiff non-exempt information on 461 pages.  On October 30, 2020, ICE produced its second release of documents with respect to its second supplemental search for responsive records; ICE processed 572 and released to plaintiff non-exempt information on 454 pages.  On November 13, 2020, ICE produced its third release of documents with respect to its second supplemental search for responsive records; ICE processed 528 pages and released to plaintiff non-exempt information on 476 pages.  Plaintiff's counsel has informed ICE that he has not yet received this release as he has relocated to a different state.  The last three releases were all sent to the same address, the undersigned counsel was not made aware of a change of address until today by Plaintiff's counsel.  Accordingly, ICE will provide Plaintiff with a re-release of the November production, along with the December production; this release will be made by December 31, 2020.  The December production will be sent to the new mailing address provided by Plaintiff; the mailing address will be confirmed prior to production.

**Plaintiff's position**

Plaintiff intends to seek expedited processing of his request from ICE pursuant to 6 C.F.R. 5.5(e)(2) based on the previously withheld ICE records first revealed on September 24, 2020 by House Government Oversight majority staff, available at: https://oversight.house.gov/sites/democrats.oversight.house.gov/files/2020-09-24.%20Staff%20Report%20on%20ICE%20Contractors.pdf

The parties propose to submit a further status report to update the Court on ICE's production of records on January 7, 2021.

Dated: December 7, 2020                     Respectfully submitted,

                                                                        /s/ *R. Andrew Free*
R. ANDREW FREE, D.D.C. Bar #59830
Law Office of R. Andrew Free
www.Resist.Law
PO Box 90568
Nashville, TN 37209
O: (844) 321-3221x1
F: (615) 829-8959
Andrew@ImmigrantCivilRights.com


MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:     */s/ Kathleene Molen*
KATHLEENE MOLEN
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 803-1572
Kathleene.Molen@usdoj.gov

*Counsel for Defendants*

3