UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GILBERTO RODRIGUEZ CHAVERRA,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>    Defendants. | Civil Action No. 18-0289 (JEB) |

### **[PROPOSED] ORDER**

Upon consideration of the parties' Joint Status Report, it is hereby ORDERED that the parties file a further joint status report on or before February 8, 2021. SO ORDERED.

Dated: _____

_____
JAMES E. BOASBERG
United States District Judge