UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GILBERTO RODRIGUEZ CHAVERRA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. IMMIGRATION AND CUSTOMS ) <br> ENFORCEMENT, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 18-0289 (JEB) |

### **[DEFENDANTS' PROPOSED] ORDER**

Upon consideration of the parties' Joint Status Report, it is hereby ORDERED that the parties file a further joint status report on or before March 8, 2021, to update the Court on the production of ICE's records. SO ORDERED.

Dated:

JAMES E. BOASBERG
United States District Judge