UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GILBERTO RODRIGUEZ CHAVERRA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. IMMIGRATION AND CUSTOMS ) <br> ENFORCEMENT, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 18-0289 (JEB) |

## JOINT STATUS REPORT

This Freedom of Information Act ("FOIA") matter involves five separate FOIA requests by Plaintiff to three agency components of the Department of Homeland Security. Counsel for the parties have regularly conferred regarding the status of the agencies' response to Plaintiff's FOIA requests. Pursuant to the Court's Minute Order dated February 16, 2021, the parties file the following Joint Status Report.

U.S. Immigration and Customs Enforcement ("ICE") has now completed its second supplemental search and reports that it located approximately 3500[1] pages of responsive records and approximately 380 audio and video files. As noted in the previous Joint Status Report, ICE anticipated a production of these documents to begin on September 18, 2020, with an average production rate of 550 pages per month.

On August 7, 2020, Office for Civil Rights and Civil Liberties ("CRCL") completed its production of records to Plaintiff.

---

[1] Agency counsel has rectified this number, it was previously reported as "2800."

On September 15, 2020, ICE produced its first release of documents with respect to its second supplemental search for responsive records; ICE processed 570 pages and released to plaintiff non-exempt information on 461 pages.  On October 30, 2020, ICE produced its second release of documents with respect to its second supplemental search for responsive records; ICE processed 572 and released to plaintiff non-exempt information on 454 pages.  On November 13, 2020, ICE produced its third release of documents with respect to its second supplemental search for responsive records; ICE processed 528 pages and released to plaintiff non-exempt information on 476 pages.  On December 16, 2020, ICE produced its fourth release of documents with respect to its second supplemental search for responsive records: ICE processed 577 pages and released to plaintiff non-exempt information on 510 pages.  On January 11, 2021, ICE produced its fifth release of documents with respect to its second supplemental search for responsive records: ICE processed 533 pages and released to plaintiff non-exempt information on 461 pages.  On February 17, 2021, ICE produced its sixth and final release of documents with respect to its second supplemental search for responsive records:  ICE processed 753 pages and released to plaintiff non-exempt information on 316 pages.

ICE has now completed the processing of its paper records.

The parties have met and conferred and have determined that Plaintiff already has all of the audio/video files that are currently in ICE's possession.  Accordingly, Plaintiff has indicated that he no longer wishes to have ICE process the audio/video files in its possession.

The parties have agreed to met and confer to resolve any further outstanding issues that may remain with respect to ICE's search and production.  Accordingly, the parties propose to submit another joint status report to update the Court on any outstanding issues may remain with respect to ICE's search and production by May 7, 2021.

Dated: March 8, 2021                    Respectfully submitted,

  /s/ *R. Andrew Free*
R. ANDREW FREE, D.D.C. Bar #59830
Law Office of R. Andrew Free
PO Box 90568
Nashville, TN 37209
O: (844) 321-3221x1
F: (615) 829-8959
Andrew@ImmigrantCivilRights.com

*Counsel for Plaintiff*


CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:     */s/ Kathleene Molen*
KATHLEENE MOLEN
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 803-1572
Kathleene.Molen@usdoj.gov

*Counsel for Defendants*