UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GILBERTO RODRIGUEZ CHAVERRA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. IMMIGRATION AND CUSTOMS ) <br> ENFORCEMENT, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 18-0289 (JEB) |

## JOINT STATUS REPORT

This Freedom of Information Act ("FOIA") matter involves five separate FOIA requests by Plaintiff to three agency components of the Department of Homeland Security ("DHS"). Counsel for the parties have regularly conferred regarding the status of the agencies' response to Plaintiff's FOIA requests. Pursuant to the Court's Minute Order dated July 9, 2021, Defendants file the following Status Report.

On April 7, 2020, DHS's Office of Inspector General completed its production of records to Plaintiff. On August 7, 2020, Office for Civil Rights and Civil Liberties ("CRCL") completed its production of records to Plaintiff. On February 17, 2021, Immigration and Customs Enforcement ("ICE") completed its production of records to Plaintiff.

In attempting to settle this litigation, ICE has provided a listing of all productions by Bates page and a draft summary of the searches conducted by ICE. Both CRCL and DHS OIG have provided a listing of their productions by Bates page.

On August 31, 2021, Counsel for Plaintiff confirmed that he is in the final process of transitioning this matter to a new counsel, but in the meantime has been engaging with counsel for Defendants on ways to possibly settle the instant matter. Following discussions with his

client, Plaintiff's counsel has indicated that by October 25, 2021, he intends to provide Defendants with a proposal regarding the searches that have been conducted with respect to his FOIA requests. The goal of this proposal is to resolve any potential issue associated with the adequacy of Defendants' searches without having to resort to briefing the merits of the searches.

Accordingly, the parties propose submitting another joint status report to update the Court on their discussions by November 23, 2021.

Dated: October 22, 2021    Respectfully submitted,

/s/ *Andrew Free*
R. ANDREW FREE, D.D.C. Bar #59830
Law Office of R. Andrew Free
PO Box 90568
Nashville, TN 37209
O: (844) 321-3221x1
F: (615) 829-8959
Andrew@ImmigrantCivilRights.com

*Counsel for Plaintiff*


CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:   /s/ *Kathleene Molen*
KATHLEENE MOLEN
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 803-1572
Kathleene.Molen@usdoj.gov

*Counsel for Defendants*