UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GILBERTO RODRIGUEZ CHAVERRA,<br><br>Plaintiff,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 18-0289 (JEB)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Pursuant to the Court's January 18, 2022, Minute Order, the parties hereby submit the following Joint Status Report.

## BACKGROUND

1. This Freedom of Information Act ("FOIA") matter involves five separate FOIA requests by Plaintiff to three agency components of the Department of Homeland Security ("DHS"). Counsel for the parties have regularly conferred regarding the status of the agencies' response to Plaintiff's FOIA requests.

2. Each Defendant has completed its production of non-exempt portions of responsive records. On April 7, 2020, DHS's Office of Inspector General completed its production of records to Plaintiff. On August 7, 2020, Office for Civil Rights and Civil Liberties ("CRCL") completed its production of records to Plaintiff. On February 17, 2021, Immigration and Customs Enforcement ("ICE") completed its production of records to Plaintiff.

3. In attempting to resolve this litigation, ICE has provided a listing of all productions by Bates page and a draft summary of the searches conducted by ICE. Both CRCL and DHS OIG have provided a listing of their productions by Bates page.

4. On August 31, 2021, Plaintiff's counsel confirmed that he is in the final process of transitioning this matter to a new counsel but, in the meantime, has been engaging with Defendants' counsel on ways to possibly resolve the instant matter.

5. Following discussions with his client, Plaintiff's counsel indicated that he intends to provide Defendants with a proposal regarding the searches that have been conducted with respect to his FOIA requests. The goal of this proposal is to resolve any potential issue associated with the adequacy of Defendants' searches without having to resort to briefing the merits of the searches.

**CURRENT STATUS**

6. On January 26, 2022, Plaintiff's counsel provided Defendants' counsel with the above-referenced proposal to resolve any remaining questions and concerns regarding the adequacy of the searches. The proposal also contained terms regarding issues other than the adequacy of the search.

7. The three defendant-agencies (DHS CRCL, DHS ICE, and DHS OIG) are currently reviewing the proposal but need additional time to provide a substantive response to Plaintiff.

**PROPOSED NEXT STEPS**

8. After Defendants provide their responses to Plaintiff's counsel, it is likely that Plaintiff will need to confer with his client and the parties will need to confer again regarding next steps in this action. Accordingly, the parties respectfully request that the Court defer setting a briefing schedule in this matter and, instead, instruct the parties to submit a Joint Status

Report in 60 days—i.e., no later than April 5, 2022—that advises the Court of the status of negotiations and proposes next steps for this matter.

| | |
|---|---|
| Date: February 4, 2022 | Respectfully submitted, |
| /s/ *Andrew Free*<br>R. ANDREW FREE,<br>D.C. Bar # 59830<br>Law Office of R. Andrew Free<br>PO Box 90568<br>Nashville, TN 37209<br>O: (844) 321-3221x1<br>F: (615) 829-8959<br>Andrew@ImmigrantCivilRights.com<br><br>*Counsel for Plaintiff* | MATTHEW M. GRAVES<br>D.C. Bar No. 481051<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Acting Chief, Civil Division<br><br>By: /s/ *April Denise Seabrook*<br>APRIL DENISE SEABROOK<br>D.C. Bar No. 993730<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>(202) 252-2525<br>April.Seabrook@usdoj.gov<br><br>*Counsel for Defendants* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GILBERTO RODRIGUEZ CHAVERRA,<br><br>Plaintiff,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>Defendants. | Civil Action No. 18-0289 (JEB) |

## **[PROPOSED] ORDER**

Upon consideration of the parties' Joint Status Report, it is hereby **ORDERED** that the parties file a further joint status report on or before April 5, 2022, to update the Court on the parties' discussion regarding ways to possibly settle, or at least narrow and limit the issues to be briefed.

It is **SO ORDERED**.

Dated: _____

                                                    JAMES E. BOASBERG
                                                  United States District Judge