UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GILBERTO RODRIGUEZ CHAVERRA,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>        Defendants. | Civil Action No. 18-0289 (JEB) |

## [PROPOSED] ORDER

UPON CONSIDERATION of the motion filed by Defendants, Immigration and Customs Enforcement ("ICE"), and ICE's Assistant Director for the Department of Homeland Security, ICE Health Services Corps., to use a representative sample *Vaughn* index, the entire record in this case, and for good cause shown, it is hereby

ORDERED that Defendants' Motion is GRANTED; it is further

ORDERED that for purposes of Defendants and Plaintiff's forthcoming respective cross summary judgment motions, Defendants shall submit and the parties shall use a representative sample *Vaughn* Index of the exemptions applied to approximately 6,991 pages of the total 12,079 pages produced that contained withholdings and including the entirety of the Excel spreadsheet ICE produced to Plaintiff and every 15th page of ICE records produced that contained withholdings in response to Plaintiff's request; and it is further

ORDERED that ICE will ensure that there is a least one withholding for each of the five FOIA exemptions applied to ICE's production to Plaintiff in the representative sample *Vaughn* Index—i.e., if logging every 15th page of ICE records produced does not generate an Index with at least one withholding for each of the five FOIA exemptions applied to ICE's production, ICE

shall log an additional page(s) with the missing withholding(s) to ensure this requirement is satisfied.

SO ORDERED.

Dated: _____          _____
                                JAMES E. BOASBERG
                                United States District Judge