UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GILBERTO RODRIGUEZ CHAVERRA,

Plaintiff,

v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT, *et al.*,

Defendants.

Civil Action No. 18-0289 (JEB)

**DEFENDANT DEPARTMENT OF HOMELAND SECURITY OFFICE OF INSPECTOR GERNERAL'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant, Department of Homeland Security Office of Inspector General ("Inspector General"), respectfully moves for partial summary judgment in this Freedom of Information Act ("FOIA") case brought by Plaintiff Gilberto Rodriguez Chaverra, as the Administrator of the Estate of Jeancarlo Jimenez Joseph.[1]  As explained in the accompanying memorandum of points of authorities, statement of undisputed material facts, and the Declaration of Roy Jones and its accompanying exhibits, the Inspector General conducted a reasonable search, properly withheld information under the relevant FOIA exemptions, and produced all reasonably segregable non-exempt material in response to Plaintiff's FOIA request.  For these reasons and the reasons that follows, the Inspector General is entitled to partial summary judgment.[2]

---

[1]    Plaintiff has filed suit against three other Defendants, the U.S. Immigration and Custom Enforcement ("ICE"), the Assistant Director for ICE Health Services Corps, and the Department of Homeland Security's Office for Civil Rights and Civil Liberties.  The Inspector General moves separately for partial summary judgment, from these other Defendants.

[2]    The Inspector General referred certain documents in this matter to ICE, for direct response to the requestor.  The Inspector General does not seek summary judgment with respect to

Dated: June 16, 2023

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:    */s/ Anna D. Walker*
ANNA D. WALKER
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Phone:  (202) 252-2544
anna.walker@usdoj.gov

*Counsel for the United States of America*

---

withholdings in those referrals, which will be addressed in a declaration from ICE, submitted in
connection with ICE's summary judgment motion.