# Exhibit 1

2/7/2018
Case 1:18-cv-00289-JEB Document 82-4 Filed 06/16/23 Page 2 of 2
Case 1:18-cv-00289 Document 1-19 Filed 02/08/18 Page 1 of 1



Andrew Free <andrew@immigrantcivilrights.com>

---

# FOIA Request

1 message

---

**Andrew Free** <andrew@immigrantcivilrights.com>                    Mon, Oct 16, 2017 at 9:28 PM
To: FOIA.OIG@oig.dhs.gov

This is a request under the Freedom of Information Act for all DHS-OIG agency records of investigations, referrals, or contemplated investigations involving (1) any incident or allegation at the U.S. Immigration & Customs Enforcement ("ICE") Stewart Detention Facility in Lumpkin, Georgia occurring on or after January 1, 2015; (2) Any suicide attempt at the Stewart Detention Facility since January 1, 2010; or (3) any allegation or incident involving CCA/CoreCivic or its personnel since January 1, 2010.

This request includes, but is not limited to, any OIG records relating to the detention, death, or subsequent investigation of Jeancarlo Jimenez Joseph, A204-603-723 at the Stewart Detention Facility on May 15, 2017.

I agree to pay up to $25 for this request.

Thank you,

R. Andrew Free



Tel: (844) 321-3221 Fax: (615) 829-8959
Andrew@ImmigrantCivilRights.com
Mail: P.O. Box 90568 Nashville, TN 37209
**NEW OFFICE ADDRESS** : 2004 8th Ave. South Nashville, TN 37204
www.ImmigrantCivilRights.com
Licensed to Practice in Tennessee
Admitted to Practice in U.S. Courts of Appeal for the Fifth, Sixth, Seventh, Ninth, and Eleventh, and District of Columbia Circuits
Admitted to Practice in U.S. District Courts for the District of Colorado, District of Columbia, Middle and Eastern Districts of Tennessee, and Northern District of Illinois