# Exhibit 2



# OFFICE OF INSPECTOR GENERAL
## Department of Homeland Security

Washington, DC 20528 / www.oig.dhs.gov

November 2, 2017

R. Andrew Free
P.O. Box 90568
Nashville, TN 37209

Subject: Freedom of Information Act Request No. 2018-IGFO-00007
Acknowledgement Letter

Dear Mr. Free:

This acknowledges receipt of your Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS) Office of Inspector General (OIG), dated October 16, 2017, seeking specified records related to incidents or allegations at ICE Stewart Detention Center and records related to the detention and death of a specified individual. DHS-OIG received your request on October 17, 2017, and assigned it the above-referenced tracking number.

Your request has been placed in the queue for processing in the order in which it was received. Although DHS-OIG's goal is to respond within 20 business days of receipt of your request, the FOIA does permit a 10-day extension of this time period under 5 U.S.C. § 552(a)(6)(B). As your request will necessitate a thorough and wide-ranging search, DHS-OIG hereby invokes this 10-day extension for your request, and estimates a response to your request to be provided within 30 business days. Please note, however, that the actual time required to respond to your request depends on the complexity of voluminous records located. Unfortunately, we cannot predict exactly when your request will be processed, as we currently have a large backlog of requests. If you care to narrow the scope of your request, please contact our office. We will make every effort to comply with your request in a timely manner.

In accordance with DHS regulation 6 C.F.R. § 5.11(a), this letter also confirms your agreement to incur all applicable fees involved in the processing of your request, up to the amount of $25.00. You will be notified should fees exceed this amount.

To check the status of your FOIA request, contact us at 202-254-4001, foia.oig@oig.dhs.gov, or check status online at http://www.dhs.gov/foia-

2

status.  Refer to the above-referenced tracking number if you contact us regarding your request.  If we require additional information, we will contact you.

                                        Sincerely,

                                        Nicole Long
                                        FOIA/PA Disclosure Specialist