# Exhibit 4

# Walker, Anna (USADC)

| | |
|---|---|
| **From:** | Walker, Anna (USADC) |
| **Sent:** | Monday, February 13, 2023 3:01 PM |
| **To:** | Andrew Fels |
| **Subject:** | Chaverra - Meet and Confer on Feb. 14 JSR |

Hi Andrew,

Thank you so much for your time today meeting and conferring on next steps in this case. I know we covered a lot. Please allow this email to contain a summary of points of agreement from our call.

With regard to OIG's response to Plaintiff's FOIA requests. Today, Plaintiff confirmed that Plaintiff is not contesting OIG's withholdings contained in its interim releases number 11-17. With regard to OIG's remaining withholdings, however, Plaintiff is concerned about the propriety of redactions applied to personnel names contained in records, including, for example, the names of guards on duty or who responded to events at the facility and the withholding of domain names in OIG's production. Plaintiff will send OIG the bates numbers of records that contain these two types of withholdings about which Plaintiff is concerned so that OIG can determine whether it may want to re-release any records.

Separately, the parties agree that the adequacy of OIG's search is likely an issue to litigate with the Court and a draft search declaration from OIG is not likely to help the parties resolve this issue.

OIG therefore proposes that the parties propose a briefing schedule for summary judgment on the sufficiency of OIG's response to Plaintiff's FOIA requests as follows: OIG's Motion for Summary Judgment Due May 19; Plaintiff's Response due approximately 45 days later; OIG's response due approximately 30 days later.

With regard to ICE, ICE would like to move for relief to file a sample *Vaughn* index in this case. The parties discussed ICE's interest in ensuring that the *Vaughn* index would roughly cover between 500-650 pages of material and would include a representative sample of all the Exemptions ICE applied throughout its production. Plaintiff will let ICE know whether Plaintiff will consent to such relief, and if so, whether Plaintiff would like to select the pages containing the withholdings that it would like ICE to justify. Otherwise, ICE is happy to propose ways of gathering the pages for a sample *Vaughn* Index.

Finally, as I mentioned on the phone, CRCL is performing a supplemental search for records to ensure that it has rounded out its search for responsive records in a manner that CRCL believes is reasonably likely to lead to the recovery of responsive records.

I plan to send to you a draft JSR by late tomorrow morning/early tomorrow afternoon for your review, which will depend in part on Plaintiff's response to ICE's proposal regarding its request for leave file a sample *Vaughn* index.

Best,
Anna

Anna D. Walker
Assistant United States Attorney
Civil Division
United States Attorney's Office for the District of Columbia
601 D Street, NW
Washington, DC 20530
Phone:  (202) 252-2544