UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GILBERTO RODRIGUEZ CHAVERRA,

Plaintiff,

v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT, *et al.*,

Defendants.

Civil Action No. 18-0289 (JEB)

## [PROPOSED] ORDER

UPON CONSIDERATION of the Motion for Partial Summary Judgment on behalf of Defendant the Department of Homeland Security Office of Inspector General, any opposition thereto, and the entire record herein, it is hereby

ORDERED that the Inspector General's motion is GRANTED; and it is further

ORDERED that summary judgment is entered on behalf of the Inspector General with respect to all records other than those referred to U.S. Immigration and Customs Enforcement ("ICE"); and it is further

ORDERED that the Inspector General may move for partial summary judgment with respect to those records when ICE moves for summary judgment.

_____
JAMES E. BOASBERG
United States District Judge