UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GILBERTO RODRIGUEZ CHAVERRA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 18-0289 (JEB) |

## JOINT STATUS REPORT

　　Pursuant to this Court's May 24, 2023 Minute Order, and July 31, 2023 Memorandum Opinion, Plaintiff, Gilberto Rodriguez Chaverra, the administrator of the estate of Jeancarlo Alfonso Jimenez Joseph, and Defendants, U.S. Immigration and Customs Enforcement ("ICE") and Dr. Stewart D. Smith, in his official capacity as Assistant Director for the Department of Homeland Security, ICE Health Services Corps. (collectively referred to as "ICE"), by and through their respective counsel, respectfully file this joint status report proposing a briefing schedule for the parties' motions for summary judgment as follows:

　　ICE's motion for summary judgment due October 13, 2023;

　　Plaintiff's response and cross-motion for summary judgment due November 27, 2023;

　　ICE's reply and response to cross-motion for summary judgment due December 22, 2023; and

　　Plaintiff's reply due January 22, 2024.

A proposed orders reflecting the proposed briefing schedule is attached.

Dated: August 7, 2023

By: _____/s/ Andrew Fels_____
ANDREW CHRISTIAN FELS
Detention Kills Transparency Initiative
3214 Fountain Park Boulevard
Knoxville, TN 37917
865-567-4881
fels@detentionkills.org

*Attorney for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/ *Anna D. Walker*_____
ANNA D. WALKER
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-2544
anna.walker@usdoj.gov

*Attorneys for the United States of America*