UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GILBERTO RODRIGUEZ CHAVERRA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 18-0289 (JEB) |

## JOINT MOTION TO MODIFY BRIEFING SCHEDULE

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendants the U.S. Immigration and Customs Enforcement ("ICE") and Department of Homeland Security Office of Inspector General ("OIG"), and Plaintiff, Gilberto Rodriguez Chaverra, the administrator of the estate of Jeancarlo Alfonso Jimenez Joseph, through undersigned counsel, respectfully move to modify the briefing schedule for ICE and OIG's combined motion for summary judgment and Plaintiff's response and cross summary judgment motion. Pursuant to Local Civil Rule 7(m), the parties, through counsel, met and conferred and the parties agree to this request. As described in further detail below, good cause exists to grant this motion.

Plaintiff filed this Freedom of Information Act ("FOIA") matter on February 8, 2018, to compel the production of documents responsive to five separate FOIA requests submitted by Plaintiff to ICE, OIG, and DHS's Office of Civil Rights and Civil Liberties ("CRCL"). As the parties have reported to this Court separately, CRCL continues to make supplemental productions on a rolling basis to Plaintiff. *See e.g.* Sept. 18, 2023 Joint Status Report, ECF No. 90. After receiving and reviewing several of these ongoing productions from CRCL, Plaintiff has indicated that Plaintiff plans to submit a demand for fees and costs to resolve all remaining issues in this

case. Once Plaintiff submits that demand, the parties will confer in an attempt at conclusively resolving all remaining issues in this case. Thus, to allow time for the parties to confer on resolving this case without further briefing, the parties respectfully request to modify the briefing schedule for ICE and OIG's combined motion for summary judgment and Plaintiff's response and cross summary judgment motion as follows:

Defendants ICE and OIG's combined motion for summary judgment due March 5, 2024;

Plaintiff's response/cross-motion due by April 22, 2024;

Defendants ICE and OIG's reply/response due by May 15, 2024; and

Plaintiff's reply is due by June 17, 2024.

WHEREFORE, for the foregoing reasons, the parties respectfully request that the Court grant this motion. A proposed Order consistent with this request is attached as follows.

Dated: January 4, 2024

By: _____/s/ Andrew Fels_____
ANDREW CHRISTIAN FELS
Al Otro Lado
3214 Fountain Park Boulevard
Knoxville, TN 37917
865-567-4881
andrew@alotrolado.org

*Attorney for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/ *Anna D. Walker*_____
ANNA D. WALKER
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-2544
anna.walker@usdoj.gov

*Attorneys for the United States of America*

2