UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GILBERTO RODRIGUEZ CHAVERRA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 18-0289 (JEB) |

## JOINT STATUS REPORT

Pursuant to this Court's September 19, 2023 Minute Order, Defendant, the Department of Homeland Security Office for Civil Rights and Civil Liberties ("CRCL"), and Plaintiff Gilberto Rodriguez Chaverra, the administrator of the estate of Jeancarlo Alfonso Jimenez Joseph, through their respective counsel, submit this joint status report.[1]

Plaintiff filed this Freedom of Information Act ("FOIA") matter on February 8, 2018, to compel the production of documents responsive to five separate FOIA requests submitted by Plaintiff to Defendants. *See* Compl., ECF No. 1. As of February 17, 2021, all Defendants completed their production of records. Afterwards, the parties conferred about the outstanding issues that Plaintiff has with each of the Defendants' separate productions, in order to resolve as many of these issues between the parties as possible and outside of the Court.

As a result of these discussions and as reported in the parties' prior joint status report, CRCL conducted a re-review of the records gathered from its initial search for records responsive

---

[1] Plaintiff has filed suit against two other agency Defendants who do not join in CRCL's status report, but who may be referenced herein: the U.S. Immigration and Custom Enforcement ("ICE"), and the Department of Homeland Security's Office of Inspector General ("OIG").

to items 1 in Plaintiff's two FOIA requests, submitted to CRCL on October 16, 2017. *See* Compl., ECF No. 1 ¶¶ 64-66. The records that CRCL gathered from this initial search comprised ICE records, therefore CRCL referred all records to ICE for review and processing. After re-reviewing these records, however, CRCL determined that it could release CRCL records, which CRCL had gathered from its initial search that are responsive to Plaintiff's request. Therefore, CRCL produced those CRCL records to Plaintiff on April 26, 2023, which comprised approximately 21 pages.

In addition, on April 28, 2023, CRCL made another supplemental production of 78 pages of documents, which comprised expert assessments and reports relating to Stewart Detention Center in response to item 2 of Plaintiff's first FOIA request to CRCL. More recently, CRCL has performed another search to identify all complaints responsive to item 2 of Plaintiff's first FOIA request to CRCL. *See id.* ¶ 65. As the parties reported in their September 18, 2023 Joint Status report, this resulted in CRCL identifying 93 complaints potentially responsive to item 2 of Plaintiff's first FOIA request, which CRCL pulled for processing. The total number of pages gathered from these complaints sums to approximately 5,000 pages. CRCL continues to process these records at a rate of 500-pages per month with rolling productions made at the end of each month.

On November 4, 2023, CRCL made its sixth interim response to Plaintiff's first FOIA request, for which CRCL processed 499 pages, withheld eight pages in full and partially withheld 128 pages pursuant to FOIA exemptions. Further, CRCL referred 209 pages to ICE and 46 pages to DHS OIG. 102 pages were found to be duplicates and six pages deemed non-responsive. On December 1, 2023, CRCL made its seventh interim response to Plaintiff's first FOIA request, for which CRCL processed 506 pages, withheld five pages in full and partially withheld 108 pages

pursuant to FOIA exemptions. Further, CRCL referred 199 pages to ICE and 159 pages to DHS OIG. 33 pages were found to be duplicates and two pages were found non-responsive. On January 11, 2024, CRCL made its eighth interim response to Plaintiff's first FOIA request, for which CRCL processed 512 pages, withheld two pages in full and partially withheld 90 pages pursuant to FOIA exemptions. Further, CRCL referred 317 pages to ICE and 72 pages to DHS OIG. 31 pages were found to be duplicates. CRCL has less than 2,400 pages of potentially responsive pages remaining to process.

Separately, and as reported in the January 4, 2024 joint motion to modify briefing schedule, ECF No. 93, after reviewing several of CRCL's ongoing productions, Plaintiff has indicated that Plaintiff plans to submit a demand for fees and costs to resolve all remaining issues in this case. Plaintiff anticipates submitting this demand by the end of the month. Afterwards, the parties will confer in an attempt to conclusively resolve all remaining issues in this case.

\*     \*     \*

The parties request that, in light of CRCL's current status regarding its supplemental search and production, and pending settlement discussions, the Court allow the parties to file a further status report, by April 18, 2024, appraising the Court as to the status of CRCL's supplemental search and production and the status of this case, unless this matter is resolved beforehand.

Dated: January 18, 2024

Respectfully submitted,

By: _____/s/ Andrew Fels_____
ANDREW CHRISTIAN FELS
Al Otro Lado
3214 Fountain Park Boulevard
Knoxville, TN 37917
865-567-4881
andrew@alotrolado.org

*Attorney for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/ *Anna D. Walker*_____
ANNA D. WALKER
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-2544
anna.walker@usdoj.gov

*Attorneys for the United States of America*