UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GILBERTO RODRIGUEZ CHAVERRA,<br><br>Plaintiff,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>Defendants. | Civil Action No. 18-0289 (JEB) |

## JOINT STATUS REPORT

Pursuant to this Court's November 14, 2024 Minute Order, Defendants, the U.S. Immigration and Customs Enforcement ("ICE"), Department of Homeland Security Office of Inspector General ("OIG"), and Department of Homeland Security Office for Civil Rights and Civil Liberties ("CRCL"), and Plaintiff Gilberto Rodriguez Chaverra, the administrator of the estate of Jeancarlo Alfonso Jimenez Joseph, through their respective counsel, submit this joint status report.

Plaintiff filed this Freedom of Information Act ("FOIA") matter on February 8, 2018, to compel the production of documents responsive to five separate FOIA requests submitted by Plaintiff to Defendants. *See* Compl., ECF No. 1. As the parties have previously reported, there are no remaining issues to address in this case on the merits. On May 6, 2024, Plaintiff sent a fee

demand to Defendants, to which Defendants responded with a counteroffer on October 10, 2024. Plaintiff provided a counterdemand on March 12, 2025 which the Defendants need time to review.

To allow time for the parties to continue to engage in settlement discussions, the parties propose filing a further joint status report by May 14, 2025 advising the Court as to the status of the parties' settlement discussions.

Dated March 14, 2025                    Respectfully submitted,

By:      /s/ *Patrick Taurel*              EDWARD MARTIN, D.C. Bar #481866
PATRICK TAUREL                          United States Attorney
GROSSMAN YOUNG & HAMMOND, LLC
4922 Fairmont Ave., Suite 200
Bethesda, MD 20814
240.403.0913
ptaurel@grossmanyoung.com

                                        By:      /s/ *Rebekah Lederer*
*Attorney for Plaintiff*                    REBEKAH LEDERER
                                        Assistant United States Attorney
                                        601 D Street, NW
                                        Washington, DC 20530
                                        240-278-2129
                                        rebekah.lederer@usdoj.gov

                                        *Attorneys for the United States of America*